JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ttolern LLC, et al.,<br>Plaintiffs,<br>v.<br>City of Anaheim,<br>Defendant. | Case No. 8:25-cv-01977-KES<br>[Assigned to the Hon. Karen E. Scott]<br>**JUDGMENT**<br>Complaint Filed: September 3, 2025<br>Trial Date: None |

Pursuant to the Order Granting the Motion to Dismiss (Dkt. 29) and Dismissing This Case Pursuant to Local Rule 7-12 (Dkt. 30), judgment is hereby entered dismissing the Third Amended Complaint and entire action without prejudice.

DATED: August 11, 2026

Karen E. Scott

Hon. Karen E. Scott
UNITED STATES MAGISTRATE JUDGE